UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICK FUTIA, ) | Case No.: C 11-02433 PSG |
| ) | |
| Plaintiff, ) | **ORDER TO SHOW CAUSE** |
| ) | |
| v. ) | |
| ) | |
| ) | |
| WILLIAM CHAPRALIS, ET AL., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

On May 18, 2011, Plaintiff Rick Futia ("Futia") filed a complaint alleging claims for denial of full and equal access to a public accommodation. Pursuant to General Order No. 56, Futia was to complete service on defendants or file a motion for administrative relief no later than July 18, 2011.[1]

To date, Futia has filed neither a return of service nor any motion for administrative relief. Accordingly,

IT IS HEREBY ORDERED that no later than October 7, 2011, Futia is ordered to show

---

[1] *See* Docket No. 3.

ORDER, *page 1*

cause why the case should not be dismissed for failure to prosecute the case.

**IT IS SO ORDERED**.

Dated: September 23, 2011

_____
PAUL S. GREWAL
United States Magistrate Judge