1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| RICK FUTIA, | ) | Case No.: C 11-02433 PSG |
| | ) | |
| Plaintiff, | ) | **ORDER TO SHOW CAUSE** |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| WILLIAM CHAPRALIS, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

On May 18, 2011, Plaintiff Rick Futia ("Futia") filed a complaint alleging claims for denial of full and equal access to a public accommodation. Pursuant to General Order No. 56, Futia was to complete service on defendants or file a motion for administrative relief no later than July 18, 2011.[1]

To date, Futia has filed neither a return of service nor any motion for administrative relief. Accordingly,

IT IS HEREBY ORDERED that no later than October 7, 2011, Futia is ordered to show

---

[1] *See* Docket No. 3.

ORDER, *page 1*

1  cause why the case should not be dismissed for failure to prosecute the case.

2  **IT IS SO ORDERED**.

3  Dated: September 23, 2011

4  _____
   PAUL S. GREWAL
   United States Magistrate Judge

ORDER, *page 2*